ACCEPTED
06-15-00079-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/27/2015 10:06:24 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:     06-15-00079-CR

Appellate Case Style: Style:     Bobby Joe Evens

Vs.     State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/27/2015 10:06:24 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:   6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|

**I. Appellant**

First Name: Bobby

Middle Name: Joe

Last Name: Evens

Suffix:

Appellant Incarcerated?  ☒ Yes  ☐ No

Amount of Bond:

Pro Se: ○

**II. Appellant Attorney(s)**

☒ Lead Attorney

First Name: Elisha

Middle Name: Michael

Last Name: Hollis

Suffix:

☒ Appointed          ☐ District/County Attorney
☐ Retained           ☐ Public Defender

Firm Name:   Law Offices of Elisha M. Hollis, PLLC

Address 1:   PO Box 1535

Address 2:

City:   Greenville

State: Texas          Zip+4: 75403

Telephone:   (903) 450-2473      ext.

Fax:   (903) 200-1290

Email:   ElishaHollis@gmail.com

SBN:   24083189

Add Another Appellant/ Attorney

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Kelli

Middle Name:

Last Name: Aiken

Suffix:

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Hunt County District Attorney's Office

Address 1: 2507 Lee St.

Address 2: 4th Floor

City: Greenville

State: Texas  Zip+4: 75401

Telephone: (903) 408-4180  ext.

Fax: (903) 408-4296

Email: kaiken@huntcounty.net

SBN: 24043442

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 9, 2015

Offense charged: Manufacture or Delivery of CS PG1

Date of offense: November 9, 2010

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 5, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Life

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No  If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No  If yes, date filed:

Other: ☐ Yes ☒ No  If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA  If yes, date filed: April 13, 2015

Date of hearing: April 13, 2015  ☐ NA

Date of order: April 13, 2015  ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA  If granted or denied, date of ruling: April 13, 2015

## VIII. Trial Court And Record

Court: 196th District Court

County: Hunt

Trial Court Docket Number (Cause no): 27388

Trial Court Judge (who tried or disposed of the case):

First Name: Andrew

Middle Name:

Last Name: Bench

Suffix:

Address 1: 2507 Lee St.

Address 2: 3rd Floor

City: Greenville

State: Texas          Zip + 4: 75401

Telephone: (903) 408-4190     ext.

Fax: (903) 408-4189

Email:

Clerk's Record:

Trial Court Clerk: ☒ District     ☐ County

Was clerk's record requested?     ☒ Yes  ☐ No

If yes, date requested: May 27, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?     ☒ Yes  ☐ No

Was reporter's record requested?     ☒ Yes  ☐ No

Was the reporter's record electronically recorded?     ☐ Yes  ☒ No

If yes, date requested: May 27, 2015

Were payment arrangements made with the court reporter/court recorder?     ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Edwin

Middle Name:

Last Name: Walker

Suffix:

Address 1: 2507 Lee St.

Address 2: 3rd Floor

City: Greenville

State: Texas          Zip + 4: 75401

Telephone: (903) 408-4190     ext.

Fax: (903) 408-4189

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 06-15-00081-CR                    Court: 196th District Court

Style:    Bobby Joe Evens

   Vs.    State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se  Party)                    Date:  May 27, 2015

_____
Printed Name:                                             State Bar No: 24083189

Electronic Signature:  Elisha Hollis                      Name:  Elisha Hollis
        (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  May 27, 2015          .

_____
Signature of counsel (or pro se party)          Electronic  Signature:  Elisha Hollis
                                                        (Optional)

                                                State Bar No.:   24083189

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
                (1) the date and manner of service;
                (2) the name and address of each person served, and
                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 27, 2015

Manner Served: Email

First Name: Kelli

Middle Name:

Last Name: Aiken

Suffix:

Law Firm Name: Hunt County District Attorney's Office

Address 1: 2507 Lee St.

Address 2: 4th Floor

City: Greenville

State Texas          Zip+4: 75401

Telephone: (903) 408-4180     ext.

Fax: (903) 408-4296

Email: kaiken@huntcounty.net